No. 72–1410. EDELMAN, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS *v.* JORDAN. C. A. 7th Cir. Mo-

tion of respondent Jordan for leave to proceed *in forma pauperis* and certiorari granted.